FILED
2008 AUG 26 PM 4:37

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08- CR08-01007 |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii): Manufacture and Possession with Intent to Distribute Marijuana] |
| JOHN REGINALD SEIDENBERG, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii)]

On or about December 20, 2007, in Santa Barbara County, within the Central District of California, defendant JOHN REGINALD SEIDENBERG knowingly and intentionally manufactured and possessed with intent to distribute at least 100 marijuana plants, a Schedule I controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii)]

On or about February 25, 2008, in Santa Barbara County, within the Central District of California, defendant JOHN REGINALD SEIDENBERG knowingly and intentionally manufactured and possessed with intent to distribute at least 100 marijuana plants, a Schedule I controlled substance.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C. Ewell* (signature)

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
Chief, General Crime Section

TRACY L. WILKISON
Assistant United States Attorney
Deputy Chief, General Crime Section

JENNIE L. WANG
Assistant United States Attorney
General Crimes Section