ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Case Number CR 08- **CR08- 01007**          Defendant Number 1
U.S.A. v. John Reginald Sei____                Year of Birth 1967
☑ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**
a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
b. Date of offense  Unknown date to February 25, 2008
c. County in which first offense occurred
   Santa Barbara
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles        ☐ Ventura
   ☐ Orange             ☑ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other _____
Citation of offense  21 U.S.C. § 841(a)(1), (b)(1)(B)(vii)

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

This is the  N/A  superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A
Case Number N/A

The superseded case:
☐ is still pending before Judge/Magistrate Judge
N/A
☐ was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
   ☐ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes          ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number  N/A

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE  N/A

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: N/A
   Case Number N/A
   Charging  N/A

The complaint:   ☐ is still pending
   ☐ was dismissed on: _____

Is an interpreter required:  ☐ Yes   ☑ No
IF YES, list language and/or dialect:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☑ Male
- ☐ Female
- ☑ U.S. Citizen
- ☐ Alien
- Alias Name(s) John Richard Seidenberg, John Richard

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☑ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☐ Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A in the amount of $ N/A
c. PSA supervision?   ☐ Yes   ☑ No
d. Is a Fugitive   ☐ Yes   ☑ No
e. Is on bail or release from another district: Santa Barbara County Superior Court
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☑ Yes   ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   AND
   Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date August 26, 2008

*Signature of Assistant U.S. Attorney*
Jennie L. Wang
*Print Name*