THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIE WANG SEXTON (Cal. Bar No. 233392)
Assistant United States Attorney
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2450
    Facsimile:  (213) 894-0142
    E-mail:     jennie.sexton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>        v.<br><br>JOHN REGINALD SEIDENBERG,<br><br>      Defendant. | No. CR 08-1007-DDP<br><br>GOVERNMENT'S POSITION RE:<br>SENTENCING OF DEFENDANT JOHN<br>REGINALD SEIDENBERG<br><br>Sentencing Date: Sep. 21, 2009<br>Sentencing Time: 1:30 p.m. |

On August 17, 2009, the United States Probation Office ("USPO") disclosed its Presentence Investigation Report ("PSR") for defendant JOHN REGINALD SEIDENBERG ("defendant").  The government has reviewed the PSR and concurs with the USPO's factual findings, criminal history category calculation, Sentencing Guidelines calculation, and recommendation that defendant be sentenced to 60 months imprisonment followed by a four-year term of supervised release.  (See Recommendation Letter from Robert Klepa to the Honorable Dean D. Pregerson at 1.)

The PSR notes that defendant could be eligible for a two-level offense level reduction if he meets the five criteria of the "safety

1

valve" provision of U.S.S.G. § 5C1.2.  (PSR ¶ 32.)  However, because defendant has not met with the government to provide information and evidence regarding his offenses, he has not satisfied the fifth criterion and is not currently eligible for a sentence below the mandatory minimum sentence of 60 months imprisonment.  Cf. U.S.S.G. § 5C1.2(a)(5).

To date, defendant has not filed a sentencing brief.[1]

Dated: August 18, 2009          Respectfully submitted,

                                THOMAS P. O'BRIEN
                                United States Attorney

                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division


                                _____/s/_____
                                JENNIE WANG SEXTON
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

---

[1] The government has not received defendant's position re: sentencing.  The government requests that, if defendant files a position re: sentencing, the government be granted leave to file a response.